# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United Rentals Highway Technologies, Inc., a Massachusetts corporation and United States Fidelity & Guaranty Company, a Maryland insurance company, | Civil No. 06-613 (RHK/AJB) **ORDER OF DISMISSAL** |
| Plaintiffs, | |
| vs. | |
| Forest Lake Contracting, a Minnesota corporation, Regent Insurance Company, a Wisconsin insurance company, Ivan Berg, as conservator for and on behalf of Jeff Bailey, and Connexus Energy, a Minnesota corporation, | |
| Defendants. | |

Based on the Stipulation of Dismissal with Prejudice (Doc No. 16), **IT IS ORDERED** that the above action be and the same is hereby **DISMISSED WITH PREJUDICE** on the merits, and without costs to any party.

Dated: January 26, 2007

                                                  s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge